**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

_____

MARK CAVICCHIA,

    Plaintiff,

                                      Civil Action No. 2:09-cv-1062

v.

                                      Hon. Nora Barry Fischer

DCFS USA LLC, NORTHSTAR
LOCATION SERVICES, and SRA
ASSOCIATES, INC.,

    Defendants.

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

At a session of said Court, held in the City of Pittsburgh,
County of Allegheny, State of Pennsylvania, on:

_____

_____
    PRESENT:   HON. NORA BARRY FISCHER
                  United States District Judge

This matter having come before the Court upon Stipulation of the parties and the Court being otherwise fully apprised in the matter,

**IT IS HEREBY ORDERED** that this action, and the claims that were or could have been asserted therein, are dismissed with prejudice and without costs or fees to any party.

This Order disposes of all pending claims in this case and closes this case.

SO ORDERED:

Date:                                        _____

                                             HON. NORA BARRY FISCHER
                                             United States District Judge


So Stipulated:


_s/Mark Cavicchia_____              _s/Audrey K. Kwak_____

MARK CAVICCHIA                               Paula J. Allan (Pa. I.D. No. 89224)
1903 Cliff Street                            Audrey K. Kwak (Pa. I.D. 200527)
Coraopolis, Pennsylvania 15108               ECKERT SEAMANS CHERIN &
310.430.8300                                 MELLOTT, LLC
markcavicchia@gmail.com                      U.S. Steel Tower, 44th Floor
_Plaintiff Pro Se_                           600 Grant Street
                                             Pittsburgh, Pennsylvania 15219
                                             412.566.6000
                                             412.566.6099
                                             akwak@eckertseamans.com
                                             _Attorneys for Defendant DCFS USA LLC_


                                             _s/Danielle M. Vugrinovic_____

                                             Danielle M. Vugrinovich (Pa. I.D. No. 88326)
                                             MARSHALL, DENNEHEY, WARNER,
                                             COLEMAN & GOGGIN
                                             U.S. Steel Tower, Suite 2900
                                             600 Grant Street
                                             Pittsburgh, Pennsylvania 15219
                                             412.803.1185
                                             412.803.1188
                                             DMVugrinovich@MDWCG.com
                                             _Attorneys for Northstar Location Services, and_
                                             _SRA Associates, Inc._